Christopher J. Seusing (*Admitted Pro Hac Vice*)
cseusing@wshblaw.com
Sean V. Patel (*Pro Hac Vice Admission Forthcoming*)
spatel@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
685 3rd Avenue, 18th Floor
New York, NY 10017
Tel: 475-755-7050

Jacob P. Wilson (State Bar No. 331448)
jwilson@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor,
Los Angeles, CA 90024
Tel: 310-481-7702

***Attorneys for Defendant,***
***EXER HOLDING COMPANY, LLC***

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICK GAIGE, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

EXER HOLDING COMPANY, LLC.

Defendant.

Case No.: 2:24-CV-06099-AH-AJR

**FIRST AMENDED DECLARATION OF LISA OVERMAN IN SUPPORT OF DEFENDANT EXER HOLDING COMPANY, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND MOTION TO STRIKE CLASS ALLEGATIONS**

Date: January 29, 2025
Time: 1:30 p.m.
Courtroom: 7D
Judge: Anne Hwang

*Filed Concurrently with Defendant's First Amended Reply Memorandum*

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

I, Lisa Overman, declare as follows:

1. I am employed by Exer Holding Company, LLC ("Exer") and my current title is Director of Marketing.

2. I am authorized to make this declaration on behalf of Exer. I am over 18 years of age. I make this Declaration in Support of Exer's Motion to Dismiss Plaintiff's Class Action Complaint and Motion to Strike Class Allegations. I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

3. In my current capacity as Director of Marketing, my job duties include being familiar with Exer's current Website, exerurgentcare.com/ (the "Website"). My job duties also include reviewing the business records of Exer. For this Declaration, I have reviewed the records of Exer, and the records were made at or near the time, or from information transmitted by, someone with knowledge of the record. The records are kept in the regularly conducted activity of Exer's business and Exer makes these records as a regular activity of its business.

5. At no point in time did Exer allow a user, including Nick Gaige ("Plaintiff"), the ability to book an online or in-person appointment directly over the Website in order to receive services provided by Exer. Rather, to book an online or in-person appointment, a user is redirected from the Website to a third-party website.

6. At no point in time did Exer allow a user, including Plaintiff, the ability to log into a patient portal, billing portal, or registered account using log-in credentials directly over the Website. Rather, to log into a patient portal, billing portal, or registered account using log-in credentials, a user is redirected from the Website to a third-party website.

7. At no point in time did Exer allow a user, including Plaintiff, the ability to view medical records (including test results and lab results) directly over the Website. Rather, to view medical records (including test results and lab results), a user is redirected from the Website to a third-party website. Once there, the user is required

to log into a patient portal using their log-in credentials.

8. At no point in time did Exer allow a user, including Plaintiff, the ability to view or pay medical bills directly over the Website. Rather, to view or pay medical bills, a user is redirected from the Website to a third-party website. Once there, the user is required to log into a billing portal using their log-in credentials.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 24, 2025 at El Segundo, California.

Lisa Overman

Lisa Overman

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2025, I electronically filed the foregoing **FIRST AMENDED DECLARATION OF LISA OVERMAN IN SUPPORT OF DEFENDANT EXER HOLDING COMPANY, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND MOTION TO STRIKE CLASS ALLEGATIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew J. Langley, Esq.
**ALMEIDA LAW GROUP, LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel: 773-554-9354
matt@almeidalawgroup.com

***Attorneys for Plaintiff,***
***NICK GAIGE and the Proposed Class***

*/s/ Teresa Cabanday*
Teresa Cabanday