Matthew J. Langley (SBN 342286)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: (708) 529-5418
matt@almeidalawgroup.com

*Attorney for Plaintiff & the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK GAIGE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EXER HOLDING COMPANY, LLC,<br><br>Defendant. | Case No. 2:24-CV-06099-SPG-AJR<br><br>*(The Honorable Anne Hwang, Presiding, Courtroom 5C)*<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: January 29, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Anne Hwang<br><br>Class Action Complaint Filed: July 19, 2024 |

Plaintiff Nick Gaige, on behalf of all others similarly situated, respectfully submitted the attached Order Granting Plaintiff's Motion for Reconsideration and Denying Defendant's Motion to Dismiss, entered on January 13, 2025, in *R.S., v. Prime Healthcare Services, Inc.*, No. 5:24-cv-00330-ODW-SP (C.D. Cal. Jan. 13, 2025) (attached as Exhibit A). The decision is attached as supplemental authority relevant to the issues to be decided in connection with Defendant's Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. No. 22).

Dated: January 28, 2025

**ALMEIDA LAW GROUP LLC**

*<u>/s/ Matthew Langley</u>*
Matthew Langley (SBN 342846)
849 W. Webster Avenue
Chicago, Illinois 60614
t: 708-529-5418
matt@almeidalawgroup.com

*Counsel for Plaintiff & the Proposed Classes*