**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICK GAIGE, NATALIE GIANNE, NICOLE SEIDLIN, and CASEY KASSAL, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

EXER HOLDING COMPANY, LLC,

Defendant.

Case No. 2:24-CV-06099-AH-AJRx

*(The Honorable Anne Hwang Presiding, Courtroom 9C)*

**ORDER TO GRANT JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY PROCEEDINGS [84]**

Filing Date: July 19, 2024

Trial Date: April 6, 2027 at 8:30 a.m.

Having considered the Parties' Joint Status Report and Stipulation to Continue Stay Proceedings and the supporting declaration, and good cause appearing, the Court **ORDERS** as follows:

1. The Joint Status Report and Stipulation to Continue Stay Proceedings is **GRANTED**.
2. The stay of all proceedings in this action, including all pending deadlines, previously set to expire on May 25, 2026, is **CONTINUED** and **EXTENDED** through and including **June 25, 2026.**

3. Good cause exists because the Parties are actively finalizing settlement-related matters, and a brief extension will conserve judicial and party resources and avoid unnecessary litigation activity.

4. On or before June 25, 2026, the Parties shall file either (a) a further joint status report to provide the Court with an updated schedule for dismissal of this action, or (b) a stipulation of dismissal.

5. If the Parties require additional time beyond June 25, 2026, they shall file an appropriate motion or stipulation prior to the expiration of the stay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: MAY 26, 2025

Anne Hwang

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2026, I electronically filed the foregoing **[PROPOSED] ORDER TO GRANT JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew J. Langley<br>**ALMEIDA LAW GROUP LLC**<br>849 W. Webster Avenue<br>Chicago, Ill 60614<br>Tel: 773-554-9354<br>matt@almeidalawgroup.com | ***Attorneys for Plaintiffs and the Proposed Class*** |

*/s/ Teresa Cabanday*
Teresa Cabanday