Matthew J. Langley (SBN 342846)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (773) 554-9354
matt@almeidalawgroup.com

*Attorney for Plaintiffs and the Proposed Class*

Michelle Zhu (SBN 347741)
Sean V. Patel (*Pro Hac Vice* Forthcoming)
Christopher J. Seusing (*Pro Hac Vice*)
**WOOD, SMITH, HENNING & BERMAN LLP**
401 Wilshire Blvd., Suite 1070
Santa Monica, CA 90401
mzhu@wshblaw.com
spatel@wshblaw.com
cseusing@wshblaw.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK GAIGE, NATALIE GIANNE, NICOLE SEIDLIN and CASEY KASSAL, *on behalf of themselves and all others similarly situated,*<br><br>                    Plaintiffs,<br><br>          v.<br><br>EXER HOLDING COMPANY, LLC,<br><br>                    Defendant. | Case No. 2:24-cv-06099-AH-AJR<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. Anne Hwang<br><br>Courtroom 9C |

JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Nick Gaige, Natalie Gianne, Nicole Seidlin and Casey Kassal and Defendant Exer Holding Company, LLC, (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this action as follows:

1. Plaintiffs Nick Gaige, Natalie Gianne, Nicole Seidlin and Casey Kassal's individual claims are dismissed with prejudice.

2. The claims of the purported class members are dismissed without prejudice.

3. Each party shall bear its own attorneys' fees, costs, and expenses.

The parties respectfully request that the Court enter an order consistent with this stipulation.

Dated: July 9, 2026

By: */s/ Matthew J. Langley*
Matthew J. Langley (SBN 342846)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (773) 554-9354
matt@almeidalawgroup.com

By: */s/ Christopher J. Seusing*
Christopher J. Seusing (*pro hac vice*)
Sean V. Patel (*pro hac vice* forthcoming)
Michelle Zhu (SBN 347741)
**WOOD, SMITH, HENNING & BERMAN LLP**
401 Wilshire Blvd., Suite 1070
Santa Monica, CA 90401
mzhu@wshblaw.com
spatel@wshblaw.com
cseusing@wshblaw.com

2

JOINT STIPULATION OF DISMISSAL

*Attorneys for Defendant*

3

JOINT STIPULATION OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

Dated: July 9, 2026                              Respectfully Submitted,

                                                 */s/ Matthew J. Langley*
                                                 Matthew J. Langley

1

CERTIFICATE OF SERVICE